THE PEOPLE ex rel. FREDERICK S. HEISER, Executor, etc., Respondents, *v.* THOMAS B. ASTEN et al., Assessors, etc., Appellants.

(Submitted February 8, 1876; decided February 22, 1876.)

*Wm. C. Whitney* for the appellants.

*H. M. Whitehead* for the respondents.

Agree to affirm on opinion of DANIELS, J., in court below. All concur.
Order affirmed.